13308

KYZER *ET AL* v. DENT, AUDITOR *ET AL.*

(161 S. E., 690.)

404

405

*Mr. B. J. Wingard,* for appellant,

*Messrs. Timmerman & Graham,* for respondents,

December 18, 1931.

The opinion of the Court was delivered by MR. CHIEF JUSTICE BLEASE.

The decree of Circuit Judge Johnson, appealed from in this case, is satisfactory to the Court. It will be reported. The exceptions thereto are overruled and the decree is affirmed.

·MESSRS. JUSTICES STABLER, CARTER and BONHAM concur.

MR. JUSTICE COTHRAN did not participate on account of illness.